IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TYRONE D. BEST, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PARAGON SYSTEMS, INC., )<br>)<br>Defendant. ) | Civil Action No. 1:20-cv-927 (RDA/TCB) |

## ORDER

This matter comes before the Court on the parties' Joint Stipulation of Dismissal. Dkt. 20. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the action is DISMISSED WITH PREJUDICE. The parties shall bear their own respective costs and attorneys' fees. The Court retains jurisdiction to enforce the settlement of the parties and any applicable Orders in this case.

It is SO ORDERED.

Alexandria, Virginia
December 18, 2020

/s/ _____
Rossie D. Alston, Jr.
United States District Judge